FILED
AUG 15 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:06CR196-MHT |
| ) | [18 USC 1546(a)] |
| NESTOR AMAIQUEMA-MACIAS ) | |
| ) | INDICTMENT |

The Grand Jury charges:

### COUNT 1

On or about November 19, 2005, in Montgomery County, within the Middle District of Alabama,

NESTOR AMAIQUEMA-MACIAS,

did knowingly possess an alien registration receipt card, that is, a resident alien card bearing the name "AMAIQUEMA-NESTOR" and alien number A094532645, which the defendant knew to be forged, counterfeited, altered, and falsely made and to have been procured by means of any false claim and statement, and to have been otherwise procured by fraud and unlawfully obtained, in violation of Title 18, United States Code, Section 1546(a).

A TRUE BILL:

_/s/ Janice Davis Williams_
Foreperson

_/s/ Leura G. Canary_
LEURA G. CANARY
United States Attorney

_/s/ K. David Cooke, Jr._
K. David Cooke, Jr.
Assistant United States Attorney