| COURTROOM DEPUTY MINUTES | DATE: AUGUST 30, 2006 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 10:23 - 10:28 |

- √ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (Rule 5)
- √ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE <u>CHARLES S. COODY</u>    DEPUTY CLERK: <u>WANDA STINSON</u>

CASE NO. <u>2:06-CR-196-MHT-CSC</u>    DEFT. NAME: <u>NESTOR AMAIQUEMA-MACIAS</u>

USA: <u>A. CLARK MORRIS</u>    ATTY: <u>KEVIN BUTLER</u>

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (√) CDO;

USPTSO/USPO:_____

Defendant __√__ does ____ does NOT need an interpreter; NAME: <u>BEVERLY CHILDRESS</u>

---

| | | |
|---|---|---|
| ☐ Kars. | Date of Arrest _____ or  ☐ Rule 5 Arrest | |
| √ Kia. | Deft. First Appearance. Advised of rights/charges.  ☐ Pro/Sup Rel Violator | |
| √ Finaff. | Financial Affidavit executed  ☐ to be obtained by PTS; √ **ORAL** Motion for Appt. Of Counsel. | |
| √ koappted | **ORAL ORDER** appointing Federal Defender - **Notice to be filed.** | |
| ☐ 20appt. | Panel Attorney Appointed;  ☐ to be appointed - prepare voucher | |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ | |
| ☐ | Government's **ORAL** (kgoralm.) Motion for Detention Hrg.  ☐ To be followed by written motion; | |
| ☐ | Government's **WRITTEN** Motion for Detention Hrg. filed. | |
| ☐ | **DETENTION HRG**  ☐ held;  ☐ Set for_____;  ☐ **Prelim. Hrg**  ☐ Set for_____ | |
| ☐ kotempdtn. | **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered | |
| ☐ kodtn. | **ORDER OF DETENTION PENDING TRIAL** entered | |
| ☐ kocondrls. | Release order entered.  ☐ Deft. advised of conditions of release. | |
| ☐ kbnd. | ☐ **BOND EXECUTED** (M/D AL charges) $_____ Deft released (kloc LR) | |
| | ☐ **BOND EXECUTED** (R.5 charges) - deft to report to originating district as ordered | |
| √ Loc.(LC) | Bond **NOT** executed. Deft to remain in Marshal's custody | |
| ☐ ko. | Deft. **ORDERED REMOVED** to originating district | |
| ☐ krmvhrg. | Identity/Removal Hearing  ☐ set for _____;  ☐ **WAIVER** of Rule 5 & 5.1 Hearings | |
| ☐ kwvprl. | Waiver of Preliminary hearing; | |
| ☐ | Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury. | |
| √ Karr. | ARRAIGNMENT SET FOR:_____  √ **HELD**. Plea of **NOT GUILTY** entered. | |
| | √ **Trial Term** 10/30/06 ;  ☐ **PRETRIAL CONFERENCE DATE:** _____ | |
| | √ **DISCOVERY DISCLOSURES DATE:** 8/30/06 | |
| ☐ Krmknn. | **NOTICE** to retained Criminal Defense Attorney handed to Counsel | |
| ☐ Kwvspt | **Waiver of Speedy Trial Act Rights Executed.** | |