| | |
|---|---|
| COURTROOM DEPUTY MINUTES | DATE: SEPTEMBER 25, 2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDED: 1:26 p.m. to 1:26 p.m. |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY   **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 2:06CR196-MHT-CSC   **DEFENDANT NAME:** NESTOR AMAIQUEMA-MACIAS

## APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY. KARL DAVID COOKE, JR. | ATTY. DONNIE BETHEL |

√   **DISCOVERY STATUS:** Complete.

√   **PENDING MOTION STATUS:** None.

√   **PLEA STATUS:** Possible Plea.

√   **TRIAL STATUS:** Will take 2 days to try cases, if goes to trial.

❏   **REMARKS:**