COURTROOM DEPUTY MINUTES  DATE: October 23, 2006   FTR RECORDING: 10:04 - 10:18

MIDDLE DISTRICT OF ALABAMA    COURT REPORTER: Mitchell Risner

- ☐ ARRAIGNMENT    ✓ CHANGE OF PLEA    ☐ CONSENT PLEA
- ☐ RULE 44(c) HEARING    ☐ SENTENCING

| | |
|---|---|
| PRESIDING MAG. JUDGE: CHARLES S. COODY | DEPUTY CLERK: WANDA STINSON |
| CASE NUMBER: 2:06CR196-MHT-CSC | DEFENDANT NAME: NESTOR AMAIQUEMA-MACIAS |
| AUSA: KARL COOKE | DEFENDANT ATTY: KEVIN BUTLER |
| | Type Counsel: ( ) Waived; ( ) Retained; ( ) Panel CJA; (✓) CDO |
| USPTS/USPO: | |
| Defendant ✓ does ___ does NOT need and interpreter. Name: Beverly Childers | |

☐ This is defendant's **FIRST APPEARANCE**. (Docket kia.!!!)
☐ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.
☐ **ORAL ORDER** Appointing ☐ FPD or ☐ CJA Panel. Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **FELONY INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**  ☐ Not Guilty  ☐ Nol Contendere  ☐ Not Guilty by reason of insanity
✓ Guilty as to:  ✓ Count(s) 1 of the **Indictment**.
☐ Count(s) _____ ☐ dismissed on oral motion of USA;
☐ To be dismissed at sentencing.

✓ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.
☐ No Plea Agreement entered  ✓ Written plea agreement filed.  ☐ ORDERED SEALED.
✓ **ORAL ORDER** Adjudicating defendant guilty.
☐ **ORDER:** Defendant Continued ☐ Same Conditions/Bond imposed;
   ☐ Released on Bond & Conditions of Release for:  ☐ Trial on _____;
   ☐ Sentencing on _____; ☐ to be set by Separate Order
✓ **ORDER:** Defendant remanded to custody of U.S. Marshal for:
   ☐ Trial on _____; or ✓ Sentencing on _____ ✓ Set by separate Order.