AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **NOTICE** |
| NESTOR AMAIQUEMA-MACIAS | CASE NUMBER: 2:06cr196-MHT |

TYPE OF CASE:

☐ CIVIL     X CRIMINAL

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

SENTENCING HEARNG

X **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| The Frank M. Johnson, Jr. United States Courthouse Complex   2FMJ One Church Street Montgomery, AL 36104 | 1/18/2007 @ 10:00 a.m. | **RESET TO**   12/22/06 @ 9:00 a.m. |

*Debra P. Hackett*
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

12/20/2006
DATE

(BY) DEPUTY CLERK