IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr196-MHT |
| NESTOR AMAIQUEMA-MACIAS | ) | |

## ORDER

It is ORDERED as follows:

(1) Defendant Nestor Amaiquema-Macias's motion for immediate sentencing (doc. no. 20) is granted.

(2) Defendant Amaiquema-Macias's sentencing, currently scheduled for January 18, 2007, is reset for December 22, 2006 at 9:00 am in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this the 21st day of December, 2006.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE