# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. __MYRON H. THOMPSON,__ JUDGE          AT MONTGOMERY  ALABAMA

DATE COMMENCED __December 22, 2006__          AT  9:05  A.M./P.M.

DATE COMPLETED __December 22, 2006__          AT  9:13  A.M./P.M.

UNITED STATES OF AMERICA                      Criminal Action
                                              2:06cr196-MHT
        VS.

NESTOR AMAIQUEMA-MACIAS

---

| PLAINTIFF/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Andrew O. Schiff | X | Atty Kevin L. Butler |
| | X | |
| | X | |
| | X | |
| | X | |

---

COURT OFFICIALS PRESENT:

| Anthony Green, | Danielle Goldstein, | Mitchell Reisner, |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |
| | Beverly Childress, | |
| | Interpreter | |

---

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:          SENTENCING HEARING

9:05 a.m.                       Sentencing hearing commenced. Terms of plea
                                agreement stated on the record. Probation
                                concurs with plea agreement. The Government
                                concurs with plea agreement. Sentence
                                imposed.
9:13 a.m.                       Hearing concluded.